# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | |
| Plaintiff, | Adv. Proc. No.: 19-51045 (JKS) |
| vs. | **Ref Docket No. 27** |
| CROSIER FINANCIAL INC. dba CROSIER FINANCIAL AND JOHN REED CROSIER, Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 6, 2022, I caused to be served the "Notice of Voluntary Dismissal of Adversary Proceeding" dated May 5, 2022, [Docket No. 27], by causing a true and correct copy to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to: *Crosier Financial Inc., (DBA Crosier Financial), Attn: John Reed Crosier, 1150 S. Bluff, #6, St. George, UT 84770.*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

2. The envelope utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Sharna Wilson*
                                                    Sharna Wilson

Sworn to before me this
9th day of May, 2022
*/s/ Regina Amporfro*

Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2025